**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


Gustavo Edgardo Hernandez Cantaderio
**Petitioner**

|  |  |
|---|---|
|  | CIVIL ACTION |
| V. | NO. 26cv11254-WGY |


Antone Moniz, et al
**Respondents**

## ORDER OF DISMISSAL


**YOUNG D.J.**,

In accordance with the Court's ELECTRONIC ORDER of April 21, 2026, it is hereby ORDERED that this petition is DISMISSED.


By the Court,

**/s/Matthew A. Paine**

Deputy Clerk


April 21, 2026